

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ARTHUR DEON DAVIS, | § | No.08-22-00209-CR |
| Appellant, | § | Appeal from the |
| v. | § | 299th District Court |
| THE STATE OF TEXAS, | § | of Travis County, Texas |
| State. | § | (TC# D-1-DC-0-300434) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **January 30, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Emily Edwards, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 30, 2023

IT IS SO ORDERED this 17th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.